**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Primoris Energy Services Corporation d/b/a Sprint Pipeline Services v. Thomas Myers

Appellate case number:   01-16-00631-CV

Trial court case number: 2014-46862

Trial court:             164th District Court of Harris County

      Appellee Thomas Myers has filed a motion for rehearing. The Court requests a response to the motion for rehearing from appellant Primoris Energy Services Corporation d/b/a Sprint Pipeline Services. The response must be filed no later than **5:00 p.m., 20 days from the date of this order**. *See* TEX. R. APP. P. 49.2.

      It is so ORDERED.


Judge's signature: /s/ Terry Jennings
            ☑ Acting individually    ☐ Acting for the Court


Date: October 4, 2018